**Maine State Police** 

Mar 19

**EXHIBIT 1**

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.





**Saturday - March 16, 2024**

Limerick, ME - On the night of March 16, Troopers from the Southern Field Troop responded to a call on Long Street for a domestic assault in progress. Justin Savage (41) of Limerick was detained by Troopers after he had assaulted his girlfriend, Shawna Morse (26), in front of their home.

During the investigation, Savage became combative and a struggle ensued. Savage landed on the leg of Sergeant Adam Schmidt, breaking his ankle. In further effort to escape, Savage bit Trooper Jamie Fenderson, causing two lacerations on his hand. During this altercation, Morse was also attempting to assist Savage in his escape.

Sgt. Schmidt was transported to the hospital where he was treated and released - he will require surgery for his injuries.

Savage was arrested and transported to the York County Jail. He was charged with Domestic Violence Assault, Assault on a Police Officer, Refusing to Submit to Arrest, and Disorderly Conduct. Morse was also arrested and taken to York County Jail. She is being charged with Obstructing Government Administration and Refusal to Submit to Arrest.

# Edit history

## March 19, 2024

👍 181 reactions on this version

**Maine State Police**

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.



1 attachment is not displayed ⊠

## May 7, 2024

- Removed 1 media from this post
- Added 1 media to this post

**Maine State Police**

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.

Edited on 5-7-24 for verbiage.



# Edit history

**May 7, 2024**

🖼️ Removed 1 media from this post

🖼️ Added 1 media to this post

 **Maine State Police**

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.

Edited on 5-7-24 for verbiage.



**May 7, 2024**

 **Maine State Police**

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.

Edited on 5-7-24



**Maine State Police** ✓
March 19, 2024 · 🌐

The Maine State Police is releasing the following information regarding a domestic assault case in Limerick.

Edited on 5-7-24



**Saturday - March 16, 2024**

Limerick, ME - On the night of March 16, Troopers from the Southern Field Troop responded to Long Street for a domestic assault in progress. A neighbor called to report that Justin Savage (41) had assaulted his girlfriend Shawna Morse (26) in front of their home. Troopers arrived and Savage was detained.

During the investigation Savage became combative and a struggle ensued. Savage landed on the leg of Sergeant Adam Schmidt, breaking his ankle. In an effort to escape, Savage then bit Trooper Jamie Fenderson, causing two lacerations on his hand. During this altercation, Morse attempted to assist Savage.

Sgt. Schmidt was transported to the hospital where he was treated and released - he will require surgery for his injuries.

Savage was arrested and transported to the York County Jail. He was charged with Domestic Violence Assault, Assault on a Police Officer, Refusing to Submit to Arrest, and Disorderly Conduct. Morse was arrested and transported to the York County Jail. She is charged with Obstructing Government Administration and Refusal to Submit to Arrest.

👍😲 181                                    56 comments   16 shares

👍 Like                💬 Comment                ↪ Share



Saturday - March 16, 2024

Limerick, ME - On the night of March 16, Troopers from the Southern Field Troop responded to Long Street for a domestic assault in progress. A neighbor called to report that Justin Savage (41) had assaulted his girlfriend Shawna Morse (26) in front of their home. Troopers arrived and Savage was detained.

During the investigation Savage became combative and a struggle ensued. Savage landed on the leg of Sergeant Adam Schmidt, breaking his ankle. In an effort to escape, Savage then bit Trooper Jamie Fenderson, causing two lacerations on his hand. During this altercation, Morse attempted to assist Savage.

Sgt. Schmidt was transported to the hospital where he was treated and released - he will require surgery for his injuries.

Savage was arrested and transported to the York County Jail. He was charged with Domestic Violence Assault, Assault on a Police Officer, Refusing to Submit to Arrest, and Disorderly Conduct. Morse was arrested and transported to the York County Jail. She is charged with Obstructing Government Administration and Refusal to Submit to Arrest.

**MAINE STATE POLICE**