UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JUSTIN SAVAGE** and **SHAWNA MORSE,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF MAINE, MAINE STATE POLICE, COLONEL WILLIAM G. ROSS, TROOPER JAMIE FENDERSON (#1413), SERGEANT ADAM SCHMIDT (#8991),**<br>and **DETECTIVE ANNA RITLAND (#9283),**<br><br>Defendants. | Docket No. 2:25-cv-00476-SDN |

**ENTRY OF APPEARANCE**

Please enter the appearance of Brooke J. Bailey as co-counsel for Plaintiffs Justin Savage and Shawna Morse ("Plaintiffs") in the above-captioned matter.

Dated at South Portland, Maine this 9th day of January, 2026.

                                                Respectfully Submitted,
                                                Justin Savage and Shawna Morse,
                                                By counsel,

                                                /s/ Brooke Bailey

                                                Jeffrey Bennett, Bar No. 7223
                                                Brooke J. Bailey, Bar No. 6760
                                                Legal-Ease, LLC P.A.
                                                Two City Center, 4th Floor
                                                Portland, ME 04101
                                                T: (207) 805-0055
                                                F: (207) 805-0099
                                                bbailey@legal-ease.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2026 I served true copies of the above Entry of Appearance via ECF filing system to Defendants' counsel:

**Kimberly L. Patwardhan, Esq.**

/s/ Brooke Bailey
_____
Brooke J. Bailey, Bar No. 6760