# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

JUSTIN SAVAGE and SHAWNA
MORSE,

          Plaintiffs,

v.

STATE OF MAINE, MAINE STATE
POLICE, COLONEL WILLIAM G.
ROSS, TROOPER JAMIE FENDERSON
(#1413), SERGEANT ADAM SCHMIDT
(#8991),
and DETECTIVE ANNA RITLAND
(#9283),

          Defendants.

Docket No. 2:25-cv-00476-SDN

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CLAIMS AGAINST DEFENDANTS STATE OF MAINE AND MAINE STATE POLICE.

Plaintiffs, Justin Savage and Shawna Morse, hereby voluntarily withdraw and dismiss without prejudice their claims against Defendants **State of Maine** and **Maine State Police**. Pursuant to F.R. Civ. P. 41(a)(1)(A)(i) this dismissal is made without a Court Order by filing this Notice before the opposing parties have served either an answer or motion for summary judgment and pursuant to F.R. Civ. P. 41(a)(1)(B) the dismissal shall be without prejudice. Plaintiff's claims against all remaining Defendants **Colonel William G. Ross**, **Trooper Jamie Fenderson, Sergeant Adam Schmidt**, and **Detective Anna Ritland** shall remain active on this Court's docket.

1

DATED at Portland, Maine, this 4th day of March 2026.

Respectfully Submitted,
Justin Savage and Shawna Morse,
By counsel,


/s/ Jeffrey Bennett
_____
Jeffrey Bennett, Esq. #7223
Brooke J. Bailey, Esq. #6760
Legal-Ease, LLC, P.A.
Two City Center, 4th Floor
Portland, ME 04101
P: 207-805-0055
F: 207-805-0099


## CERTIFICATE OF SERVICE

Plaintiffs, by and through their undersigned legal counsel, hereby certify that on this 4th day of March, 2026,  this pleading was filed in the Court's ECF system, and that the ECF system will be sending a copy to all of the Defendants and/or their counsel of record.


/s/ Jeffrey Bennett
_____
Jeffrey Bennett, Esq. #7223
Brooke J. Bailey, Esq. #6760
Legal-Ease, LLC, P.A.
Two City Center, 4th Floor
Portland, ME 04101
P: 207-805-0055
F: 207-805-0099

2