UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JUSTIN SAVAGE and SHAWNA MORSE,

Plaintiffs,

v.

STATE OF MAINE, MAINE STATE
POLICE, COLONEL WILLIAM G. ROSS,
TROOPER JAMIE FENDERSON,
SERGEANT ADAM SCHMIDT, and
DETECTIVE ANNA RITLAND,

Defendants.

Case No. 2:25-cv-00476-SDN

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 83.2(c) of the Local Rules of Civil Procedure for the United States District Court for the District of Maine, undersigned counsel hereby requests that the Court permit her to withdraw her appearance for Defendants State of Maine, Maine State Police, Colonel William G. Ross, Trooper Jamie Fenderson, Sergeant Adam Schmidt, and Detective Anna Ritland.

Assistant Attorney General Paul Suitter has entered his appearance as counsel in this matter and will retain responsibility for this case.

DATED:  July 29, 2026

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
kimberly.patwardhan@maine.gov

Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8570
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  July 29, 2026

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8570
Fax (207) 287-3145
kimberly.patwardhan@maine.gov