UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN SAVAGE et al.,<br>Plaintiffs<br>v.<br>STATE OF MAINE et al.,<br>Defendants. | **Civil Action No. 2:25-cv-00476-SDN** |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Defendants William Ross, Jamie Fenderson, Adam Schmidt, and Anna Ritland respectfully move to set Defendants' deadline to file an Answer to the First Amended Complaint to **Tuesday, September 8, 2026**. to file an Answer to the First Amended Complaint. Plaintiffs do not object to the relief sought in this motion. Good cause exists to grant Defendants' request.

Defendants assert the following facts support the Motion:

1. The First Amended Complaint in this matter was filed on October 22, 2025. (ECF No. 95).

2. Defendants then filed a partial Motion to Dismiss (ECF No. 16), which was fully briefed and ultimately ruled upon by the Court on August 11, 2026 (ECF No. 23).

3. In the interim, undersigned counsel entered an appearance on behalf of Defendants approximately two weeks before the Court's August 11 Order (ECF No. 20), while Defendants' original counsel withdrew (ECF No. 21).

4. The Court's August 11 Order triggered Defendants Answer deadline to be set to August 25, 2026 (ECF No. 23_).

5. Good cause exists to extend Defendants' Answer deadline, including the following facts:

a. This case had been litigated by a single attorney the OAG from its inception in September 2025.

b. During the month of July 2026, three experienced litigation attorneys within the Office of the Maine Attorney General's ("OAG") Litigation Division departed the Office—either permanently or for a long-term leave-of-absence.

c. In light of these changes the OAG has shifted certain litigation matters within the Litigation Division, resulting in undersigned counsel replacing Defendants' original counsel.

d. The two-week Answer deadline triggered by the Court's August 11 Order coincided with a timeframe in which undersigned counsel was counsel-of-record in multiple actions related to Maine's 2026 general election ballot, all of which needed to be litigated to completion during August 2026, in order to meet requisite ballot-printing deadlines.

e. Additionally, the latter-half of the two-week timeframe coincided with a long-planned vacation where undersigned counsel was out of the OAG with limited access to the Internet or e-mail.

f. Accordingly, given the press of business in the OAG and other extenuating circumstances, undersigned counsel requires additional time to appropriately draft and file the four individual Defendants' Answers in this matter.

6. Undersigned counsel has consulted with Plaintiffs' counsel, who indicated they do not object to the relief requested in this Motion.

For the above reasons, Defendants respectfully move the Court to amend the current scheduling order and set **Tuesday, September 8, 2026** as Defendants' deadline to file their Answer to the First Amended Complaint.

DATED: August 25, 2026

Respectfully submitted,

AARON M. FREY
Attorney General

*/s/ Paul E. Suitter*__________
Paul E. Suitter
Assistant Attorney General
paul.suitter@maine.gov
Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800

*Counsel for Defendants*